

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00255-CV

**EX PARTE S.E.W.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-14781
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The appellee's motion to reconsider denial of oral argument is hereby DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court